IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN OF TENNESSEE

MICHAEL K. MATTOX, SR. S.E.D, M.M.

VS.                                                                CASE NO. _____

MEMPHIS POLICE DEPARTMENT
AND/OR CITY OF MEMPHIS;
HOLIDAY INN;
MEMPHIS MENTAL HEALTH INSTITUTION;
ALLIANCE HEALTH SERVICES
_____

CIVIL LAWSUIT
_____

RECEIVED 2019 FEB 28 AM 8:12

Comes Now, the plaintiff, Michael K. Mattox, Sr., pro se, in the supra action and states the following(s):

1. I, the plaintiff, Michael Mattox, Sr., was sitting in front of the outside window looking into the Holiday Inn windows; on 2-21-2019!!!! When several different men approach saying you are not allowed to sit here in front of the hotel {sic}!!!! As, I, the plaintiff chose to ignore them exercising my 1st constitutional amendment- freedom of speech; freedom not to speak and the right to peaceful assembly!!!!
    Eventually the MPD = Memphis Police Department was called an on the scene endeavoring to do the same talk in a way to get me, Michael K. Mattox, Sr. to talk back asking several questions etc. and I, Mr. Mattox, Sr. chose to remain silent neither answering to MPD exercising my 1st amendment freedom of speech; freedom not to speak and the right to a peaceful assemble!!!! Eventually, Memphis Police Department officer walters handcuffed me; the plaintiff; and other police officers arrived to the scene and a group of officers wrestled me the plaintiff to the ground scraping my new Stacey Adam black shoes; see dvd in evidence, whiting my the plaintiff black dress pants from hitting the white cement and also scratching my Mr. Mattox head see dvd entered into evidence!!!! Memphis Police Department joined in the the harassment of the civil people going a step further and kidnapping and holding hostage I, Michael K. Mattox, Sr., the plaintiff, exchanging me the plaintiff over to Alliance Health Service, see cam "01 08" at the back entrance to Alliance Health Service, 951 Court Ave., Memphis, Tn 38013; 901-577-1800. After, processed Alliance Health Service = AHS turned me over to MMHI= Memphis Mental Health Institution for long term kidnapping and held hostage situation until upon release when their ransom demands were met to the "t" so to speak {sic} emphasis added!!!!
    Holiday Inn is responsible because they call MPD…

pg#1

Violations that I, Mr. Mattox encountered as are following:

1. 1st constitutional amendment - freedom of speech; freedom not to speak; right of the people to peacefully assemble!!!!;
2. 4th constitutional amendment - Search and seizure, the right for protection in your property and paper etc.;
3. 5th constitutional amend - due process;
4. 6th constitutional amendment -right to assistance of counsel;
5. 13th constitutional amendment - slavery;
6. 14th constitutional amendment - due process;
7. 8th constitutional amendment - cruel & unusual punishment;
8. Life, Liberty, & the pursuit of happiness

because Holiday Inn called the MPD and the MPD turned me over to Alliance Health Services and Alliance Health services turned me the plaintiff over to Memphis Mental Health Institution all are responsible for Memphis Mental Health Institution actions as when Memphis Mental Health Institution forced shots with pointy needles on me Michael Mattox, Sr. without my the plaintiffs' permission and against my the plaintiffs Michael Mattox, Sr. will... the only 2 options I, Michael Mattox was given before being stuck with the needle with medicine inside it was in the shoulder or hip. Witness camera and lead technician Thorne!!!!

Injunction #1:
Requesting this honorable court orders all camera footage with audio from circa 9:20 am on 2-21-2019 from: 1. Holiday Inn; 2. Memphis Police Department plus body cams; 3. Alliance Health Service - especially camera labeled "01-08" and 4. Memphis Mental Health Services!!!! Request this honorable court summons all written documentation reports from all defendants!!!!

Money damages demands:
1 zillion dollars from each of the 4 defendants for kidnapping;
1 zillion dollars from each of the 4 defendants for held hostage;
1 zillion dollars from each of the 4 defendants for mental anguish
1 zillion dollars from each of the 4 defendants for emotional pain & suffering;
1 zillion dollars from each of the 4 defendants for physical pain & suffering;
1 zillion dollars from each of the 4 defendants for punitive damages;
1 zillion dollars from each of the 4 defendants for each of the 7 constitutional amendments violated (7x4=28 zillion dollars);
Total of 52 zillion dollars; and a break down of 13 zillion dollars from each defendant separately!!!!

To: Route number - 064000046
Account number - 100020066653

P9#2

In conclusion, I, mr. mattox, prays this honorable court sends this civil lawsuit to trial; thank you for your time!!!! will provide headquarter addresses of all defendant

sincerely,

*Michael K. Mattox, Sr., s.e.d*

Michael k. Mattox, sr., s.e.d
741 adams ave., ste. #912
Memphis, tn 38105
mic75432@gmail.com

© 2019

pg#3